UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HAZEL FOUNTAIN,

                Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08Civ. 00178 (RJH) (DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__   Habeas Corpus

_X_   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
           February 06, 2008

_____
HON: Richard J. Holwell
United States District Judge