ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

RECEIVED FEB 28 2008
CHAMBERS OF
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
HAZEL D. FOUNTAIN,              :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 0178 (RJH)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from March 11, 2008 to and including May 12, 2008.  The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       February 15, 2008

                    LEGAL SERVICES OF THE HUDSON
                      VALLEY
                      Attorneys for Plaintiff

By: _____
    BARBARA FINKELSTEIN, ESQ.
    MARY E. MAHONEY, OF COUNSEL
    90 Maple Avenue
    White Plains, New York   10601
    Telephone No.: (914) 949-1305

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York
    Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York   10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
3/4/08