

**Legal Services of the Hudson Valley**
Protecting Rights Promoting Justice

**MAIN OFFICE**
90 Maple Avenue, White Plains, NY 10601 • Tel. (914) 949-1305 - Fax. (914) 949-6213

May 20th 2008

**MEMO ENDORSED**

United States District Court
Southern District of New York
500 Pearl Street Room 1360
New York New York 10007
Attention: Magistrate Judge Douglas S. Eaton

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

Re: Hazel Fountain v. Michael J. Astrue
    08 Civ. 0178 (RJH) (DFE)

Dear Judge Magistrate Judge Eaton:

This office represents the plaintiff in the above-entitled action. The defendant's attorney Leslie A. Ramirez-Fisher and I have conferred and we would like to propose the following schedule for motions and briefs. With the court's approval we propose:

The plaintiff's Motion for Judgment on the Pleadings and brief would be due on July 11th 2008. The defendant's Cross Motion for Judgment on the Pleadings and Opposition and brief would be due August 11th 2008. Due to the plaintiff's attorney's vacation from August 18th through September 2nd 2008, the plaintiff's opposition, reply and brief would be due September 19th. The defendant's reply and brief would be due on October 3rd 2008.

Thank you for your attention to this matter.

*5/21/08 - I approve this briefing schedule.*
*Douglas F. Eaton*

Sincerely,

Mary E. Mahoney
Senior Attorney
1-914 949 1305 ext 104

cc: Leslie A. Ramirez-Fisher, AUSA
    86 Chambers Street, 3rd Floor
    New York NY 10007
    1-212 637-0378

**MEMO ENDORSED**

| WESTCHESTER | WESTCHESTER | DUTCHESS | ULSTER | ORANGE/SULLIVAN |
|---|---|---|---|---|
| 30 South Broadway | 100 East First St., Suite 810 | 29 North Hamilton Street | 101 Hurley Avenue, Suite 3 | 123 Grand Street |
| Yonkers, NY 10701 | Mt. Vernon, NY 10550 | Poughkeepsie, NY 12601 | Kingston, NY 12401 | Newburgh, NY 12550 |
| Ph: 914.376.3757 | Ph: 914.813.6880 | Ph: 845.471.0058 | Ph: 845.331.9373 | Tel: 845.569.9110 |
| Fax: 914.376.8739 | Fax: 914.813.6890 | Fax: 845.471.0244 | Fax: 845.331.4813 | Fax: 845.569.9120 |

LSC
A Funded Agency of the Legal Services Corporation

www.lshv.org
877-LSHV LAW

DATE SCANNED 5/21/08